1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JONES, | ) Case No.: 2:24−cv−01388−SVW−ADS )  Assigned to the Hon. Stephen Wilson |
| **Plaintiff,** | ) **[PROPOSED] ORDER GRANTING THE** ) **PARTIES' JOINT STIPULATION TO** |
| vs. | ) **CONTINUE TRIAL TO AUGUST 15, 2024** ) |
| LOS ANGELES COUNTY, LOS ANGELES | ) Action Filed: February 21, 2024 |
| COUNTY SHERIFF'S DEPARTMENT ET AL. | ) Trial Date: August 13, 2024. |
| **Defendant(s)** | |

_____

    **THE COURT** having considered Plaintiff Larry Jones and Defendants Los

Angeles County, Los Angeles County Sheriff's Department and Ira Ynigo's joint

stipulation to continue trial to August 15th 2024, it is hereby,

    **ORDERED AND ADJUDGED** that said stipulation be, and the same is hereby

**GRANTED** as follows**:**

   1. Trial in this action will begin on August 15th 2024, at 9:00 a.m. or another date

      convenient to the court.

**IT IS SO ORDERED**.

DATED: _____         _____

                                              Hon. Stephen Wilson

                                          United States District Judge