# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:24-cv-01388-SVW-ADS |
| Title: | Larry Jones v. County of Los Angeles et al |
| Date | August 16, 2024 |

**Present: The Honorable** STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | April Lassiter-Benson |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Apemwoyah Kisob Alaric-Lorenzo | Lenore Cabreros Kelly |

\_\_\_ Day Court Trial   **2nd** Day Jury Trial

\_\_\_ One day trial:   \_\_\_ Begun (1st day);   \_\_\_ Held & Continued;   **X** Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by _____
✓ Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.
✓ Plaintiff(s) rest.   ✓ Defendant(s) rest.
✓ Closing arguments made by   ✓ plaintiff(s)   ✓ defendant(s).   ✓ Court instructs jury.
✓ Bailiff(s) sworn.   ✓ Jury retires to deliberate.   \_\_\_ Jury resumes deliberations.
✓ Jury Verdict in favor of   ✓ plaintiff(s)   \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.   ✓ Polling waived.
✓ Filed Witness & Exhibit Lists   ✓ Filed jury notes.   ✓ Filed jury instructions.
\_\_\_ Judgment by Court for \_\_\_ plaintiff(s) \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by \_\_\_ plaintiff(s) \_\_\_ defendant(s).
\_\_\_ Case submitted.   Briefs to be filed by _____
\_\_\_ Motion to dismiss by _____ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.
\_\_\_ Motion for mistrial by _____ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by _____ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
✓ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
\_\_\_ Case continued to _____ for further trial/further jury deliberation.
\_\_\_ Other:

| | 8 : 15 |
|---|---|
| Initials of Deputy Clerk | PMC |

cc: