NAME & ADDRESS:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Larry Jones, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-cv-01388-SVW-ADS |
| v. | |
| County of Los Angeles et al | **RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING** |
| DEFENDANT(S) | |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the  joint  exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

August 16, 2024
Date

Counsel for: ☒ Plaintiff  ☐ Defendant  ☐  Larry Jones

X _____  702-863-4242
Signature                Telephone Number

August 16, 2024
Date

Counsel for: ☐ Plaintiff  ☒ Defendant  ☐  County of Los Angeles et al

X _____  424-212-7777
Signature                Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

8/16/24
Date

Clerk, U.S. District Court
By _____
P. M. Cruz  Deputy Clerk