# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION



FILED
CLERK, U.S. DISTRICT COURT
AUG 16 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| Larry Jones<br><br>     Plaintiff<br><br>vs.<br><br>County of Los Angeles et al.<br><br>     Defendants. | **CASE NO. 2:24-cv-01388-SVW-ADS**<br><br>**VERDICT FORM** |

1

## Questions

1. Did defendant Ynigo deprive the plaintiff of his Eighth Amendment rights when he closed the plaintiff's cell door on his finger? Check one:

   __X__ YES

   _____ NO

   If the answer to question 1 is YES, proceed to question 2. If the answer to question 1 is NO, do not proceed to question 2. Instead, sign the verdict form and notify the bailiff.

2. Is the plaintiff entitled to damages? If yes, specify an amount, sign the verdict form, and notify the bailiff.

   __X__ YES

   _____ NO

   AMOUNT: $ 20,000

DATED: 8/16/24 at Los Angeles, California

Redacted as to Foreperson's Name

✓ [FOREPERSON OF THE JURY]

2