COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, SBN 130584
Email: laura.inlow@cdiglaw.com
Lenore C. Kelly, SBN 170891
Email: lenore.kelly@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendants, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and IRA YNIGO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LARRY JONES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES SHERIFF'S DEPARTMENT; IRA YNIGO<br><br>　　　　　Defendants. | CASE NO.: 2:24-cv-01388-SVW-ADS<br>Hon. Stephen V. Wilson<br><br>**DEFENDANT'S PROPOSED SPECIAL VERDICT FORM**<br><br>Action Filed: February 21, 2024<br>Trial Date: September 18, 2024 |

## EIGHTH AMENDMENT CIVIL RIGHTS CLAIM – CRUEL AND UNUSUAL PUNISHMENT

1. Did Plaintiff prove by a preponderance of evidence that Deputy Ira Ynigo acted maliciously and sadistically for the purpose of causing harm and not in a good faith effort to maintain or restore discipline?

　　　YES _____　　　　　NO _____

If you answered **YES**, go to the next question.

If you answered **NO,** the sign the bottom of this form.

2. Did the acts of Deputy Ira Ynigo cause harm to Larry Jones?

  YES _____  NO _____

If you answered "**YES**" go to the next question.

## **DAMAGES**

3. If Plaintiff proved the Eighth Amendment Excessive Force claim, what are his noneconomic damages for physical pain, mental suffering and disfigurement?

  $_____

Proceed to next question.

4. Did Plaintiff prove Deputy Ynigo's conduct was malicious, oppressive or in reckless disregard of his rights?

  YES _____  NO _____

If you answered "**YES**" go to the next question.

If you answered "**NO**" sign and date the bottom of this form.

5. What are the punitive damages to punish Deputy Ynigo?

  $_____

After this verdict form has been signed, notify the clerk that you are ready to present your verdict in the courtroom.

Date: _____

_____
PRESIDING JUROR

# PROOF OF SERVICE
*Jones, Larry v County of Los Angeles, et al.*
*Case No.: 2:24-cv-01388-SVW-ADS*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is 21515 Hawthorne Blvd., Suite 800, Torrance, California 90503.

On September 13, 2024, a copy of the following document(s):

**DEFENDANT'S PROPOSED SPECIAL VERDICT FORM**

was served on:

| | |
|---|---|
| Apemwoyah Kisob Alaric-Lorenz<br>**Kisob Law Firm**<br>3680 Wilshire Blvd. Suite P 04-1147<br>Los Angeles, CA 90010<br>Tel: 702-863-4243<br>Fax: 213-383-8080<br>alkisob@kisoblaw.us | Attorneys for Plaintiff<br>**LARRY JONES** |

☑ **By Electronic Service**, by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth above pursuant to the applicable sections of the California Code of Civil Procedure.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 13, 2024, at Aliso Viejo, California.

*Kyli Lewis*
Kyli Lewis
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

---

-4-
**DEFENDANT'S PROPOSED SPECIAL VERDICT FORM**