UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION



| | |
|---|---|
| Larry Jones<br><br>        Plaintiff<br><br>vs.<br><br>County of Los Angeles et al.<br><br>        Defendants. | **CASE NO. 2:24-cv-01388-SVW-ADS**<br><br>**VERDICT FORM**<br><br>Redacted |

1

## Questions

1. Did defendant Ynigo deprive the plaintiff of his Eighth Amendment rights when he closed the plaintiff's cell door on his finger? Check one:

    _____ YES

    \_\_X\_\_ NO

    If the answer to question 1 is YES, proceed to question 2. If the answer to question 1 is NO, do not proceed to question 2. Instead, sign the verdict form and notify the bailiff.

2. Is the plaintiff entitled to damages? If yes, specify an amount, sign the verdict form, and notify the bailiff.

    _____ YES

    _____ NO

    AMOUNT: $_____

DATED: 9/18/23 at Los Angeles, California

Redacted

[FOREPERSON OF THE JURY]

2