**KISOB LAW FIRM**
Apemwoyah Kisob Alaric-Lorenzo Esq. (SBN. 321507)
Attorney and Counselor-at-Law
New York, California, Nigeria & Cameroon
3680 Wilshire Blvd Suite P 04-1147
Los Angeles CA 90010
Alkisob@kisoblaw.US
Telephone:  7028634243
Fax:  2133838080

Attorney for Plaintiff
Larry Jones

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JONES,<br><br>　　**Plaintiff,**<br><br>　　　vs.<br><br>COUNTY OF LOS ANGELES , LOS ANGELES COUNTY SHERIFF'S DEPARTMENT ET AL.<br><br>　　**Defendant(s)** | Case No.: 2:24−cv−01388−SVW−ADS<br>Assigned to the Hon. Stephen Wilson<br><br>**DECLARATION OF APEMWOYAH KISOB ALARIC-LORENZO PLAINTIFF'S NOTICE OF MOTION AND RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND ALTERNATIVE MOTION FOR A NEW TRIAL.**<br><br>**DATE: 12/02/2024**<br>**TIME: 1:30 PM**<br><br>**COURTOOM:  10A**<br><br>Action Filed: February 21, 2024<br>Trial date: 09/18/24 |

　　I, APEMWOYAH KISOB ALARIC-LORENZO ESQ., declare as follows:

　　1.  I am an attorney at law duly licensed to practice in all of the courts of the State of California and before this Court. I am Managing Attorney of Kisob Law Firm, attorneys of record for Plaintiff Larry Jones ("**Plaintiffs**") in this action, and as such, I have personal knowledge of the facts set forth below, and if called and sworn as a witness, I could and would testify competently thereto.

　　2.  Attached hereto as **Exhibit "A"** is a true and correct copy of the Reporter's Trial Transcript

of Proceedings, dated September 18, 2024 and cited in Plaintiff's motion papers.

3. Attached hereto as **Exhibit "B"** is a true and correct copy of the Reporter's Partial Trial Transcript of Proceedings, dated August 15, 2024 and cited in Plaintiff's motion papers.

4. Attached hereto as **Exhibit "C"** is a true and correct copy of the Reporter's Partial Trial Transcript of Proceedings, dated August 16, 2024 and cited in Plaintiff's motion papers.

5. Attached hereto as **Exhibit "D"** is a true and correct copy of the Reporter's partial trial transcript containing excerpts of Lafonzo Turner's testimony given on August 16, 2024.

6. Attached hereto as **Exhibit "E"** are true and correct copies of trial exhibits of September 18, 2024, specifically Exhibits, 1, 3, 5 (for impeachment purposes), 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 23 which are cited in Plaintiff's motion papers.

7. On October 11, 2024 and October 15, 2024 I met and conferred with Defendants' Counsel about Plaintiff's intention to file this motion. On November 5, 2024, I contacted Defendants' Attorneys and informed them that the court reporter for the first trial had taken so long in producing trial transcripts and for this reason, Plaintiffs could not file their motion which was ready to go weeks ago. I asked to notice the instant motion for hearing on December 2, 2024, one day less than the minimum 28 day's notice period and Defendants Counsel agreed on condition that Plaintiff allows them one additional day to file their opposition. Plaintiff obliged.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Dated this 5th day of November, 2024.**

_____
Apemwoyah Kisob Alaric-Lorenzo Esq.