# EXHIBIT D

```
 1
 2                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
 3          HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE
 4   _____
     LARRY JONES,                  |
 5                                 |
                 Plaintiff,        |
 6                                 |
     VS.                           | No. 2:24-CV-01388-SVW-ADS
 7                                 |
     COUNTY OF LOS ANGELES, ET AL  |
 8                                 |
                 Defendants.       |
 9   _____
10

11       **EXCERPTED TESTIMONY OF DEPUTY LAFONZO TURNER**

12          REPORTER'S TRANSCRIPT OF JURY TRIAL - DAY 2

13                     LOS ANGELES, CALIFORNIA

14                     FRIDAY, AUGUST 16, 2024

15                            9:00 A.M.

16
17
18
19
20
21   _____
22
                        APRIL LASSITER-BENSON, RPR
23                   FEDERAL OFFICIAL COURT REPORTER
                        UNITED STATES DISTRICT COURT
24                   350 WEST 1ST STREET, ROOM 4455
                       LOS ANGELES, CALIFORNIA 90012
25                            (213)894-3539
```

```
 1                    - A-P-P-E-A-R-A-N-C-E-S -
 2

 3    For the Plaintiff:

 4                    MR. APEMWOYAH KISOB ALARIC-LORENZO
                      KISOB LAW FIRM
 5                    3680 WILSHIRE BOULEVARD
                      SUITE P 04-1147
 6                    LOS ANGELES, CA 90010
                      (702)863-4243
 7                    alkisob@kisoblaw.us

 8

 9

10    For the Defendant, County of Los Angeles:

11                    MS. LENORE CABREROS KELLY
                      COLLINSON DAEHNKE INLOW & GRECO
12                    21515 HAWTHORNE BOULEVARD
                      SUITE 800
13                    TORRANCE, CA 90503
                      (424)212-7777
14                    lenore.kelly@cdiglaw.com

15

16

17

18

19

20

21

22

23

24

25
```

| | |
|---|---|
| 1 | FRIDAY, AUGUST 16, 2024; 9:00 A.M. |
| 2 | LOS ANGELES, CALIFORNIA |
| 3 | ------------------------------------------------ |
| 4 | (WHEREUPON, additional matters were heard by |
| 5 | the Court, after which the following excerpt |
| 6 | of Deputy Lafonzo Turner's testimony from the |
| 7 | proceedings was requested as follows out of |
| 8 | the presence of the jury:) |
| 9 | BY MR. ALARIC-LORENZO |
| 10 | Q.   Yes, please.  Well, there was a particular day |
| 11 | after the incident that he made some comments to me when |
| 12 | I was on my way to court.  And I was downstairs waiting |
| 13 | for transport and I told him that I was going to be |
| 14 | filing a lawsuit against the county jail as well and that |
| 15 | he probably would be losing his job over what he did to |
| 16 | Mr. Jones and he made the comment as far as, oh, I won't |
| 17 | lose my job over that, I've done worse. |
| 18 | **MS. KELLY:**  Objection.  Relevance, Your Honor. |
| 19 | Move to strike. |
| 20 | **THE COURT:**  Overruled. |
| 21 | **MR. ALARIC-LORENZO:**  That will be all for the |
| 22 | witness.  Thank you, Mr. Turner. |
| 23 | **THE COURT:**  Anything -- any cross-examination? |
| 24 | (WHEREUPON, the trial proceeded at this point |
| 25 | with no further transcription requested.) |

|     |                                           |
| --- | ----------------------------------------- |
| 1   | C E R T I F I C A T E                     |
| 2   | I, April Lassiter-Benson, do hereby certify that the |
| 3   | foregoing 3 pages are, to the best of my knowledge, skill |
| 4   | and ability, a true and accurate transcript from my |
| 5   | stenotype notes in the matter of:         |
| 7   | LARRY JONES                               |
| 8   | vs.                                       |
| 9   | COUNTY OF LOS ANGELES                     |
| 11  | Dated this 5th day of November, 2024.     |
| 13  | s/*APRIL LASSITER-BENSON*<br>Official Court Reporter |
| 14  | United States District Court<br>Central District of California |

APRIL LASSITER-BENSON, RPR
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA