JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Larry Jones, <br><br> PLAINTIFF(S) <br> v. <br> County of Los Angeles et al, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:24-cv-01388-SVW-ADS <br><br> **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |

This action having been tried before the Court sitting with a jury, the Honorable  STEPHEN V. WILSON , District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Larry Jones

take nothing; that the action be dismissed on the merits; and that the defendant(s):

Ira Ynigo

recover of the plaintiff(s) its costs of action, taxed in the sum of  To be determined by motion

Clerk, U. S. District Court

Dated: 12/17/24

By *PM Cruz*
Deputy Clerk

At: Los Angeles, CA

cc: Counsel of record